IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                               PLAINTIFF

v.                      Civil No. 12-3150

SHERIFF DANNY HICKMAN;
JAIL ADMINISTRATOR JASON
DAY; CAPTAIN BOB KING;
DETECTIVE RYAN WATSON;
BOONE COUNTY JAIL SECRETARY
SUE FALLON; DR. LEE; and
NURSE MANDY JONES                                    DEFENDANTS

## ORDER

Daniel Ray Brown, currently an inmate of the Boone County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the Clerk is directed to return the IFP application to him.** Plaintiff is given until **December 14, 2012,** to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee. **If the Plaintiff fails to return the completed IFP application or pay the $350 filing fee by December 14th, the complaint will become subject to summary dismissal for failure to obey an order of the Court.**

-1-

AO72A
(Rev. 8/82)

Plaintiff is advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this 29 day of November 2012.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 29 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

AO72A
(Rev. 8/82)