IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DANIEL RAY BROWN**                                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 3:12-CV-03150**

**SHERIFF DANNY HICKMAN;**
**JAIL ADMINISTRATOR JASON DAY;**
**BOB KING; DETECTIVE RYAN WATSON;**
**DR. LEE; and NURSE MANDY JONES**                                                         **DEFENDANTS**

ORDER

Comes on for consideration the Report and Recommendation (Doc. 44) filed in this case on February 17, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds the Magistrate's Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 36) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** with respect to the following claims: (1) the denial of medical care; (2) the denial of access to the law library; (3) the failure to investigate Plaintiff's kidnapping allegations; (4) the retaliation claim; and (5) the individual capacity claims regarding Boone County Detention Center's postcard-only policy. Therefore, all claims against Separate Defendants Bob King, Ryan Watson, Dr. Lee, and Nurse Mandy Jones are **DISMISSED WITH PREJUDICE**. However, the Motion is **DENIED**

with respect to the official capacity claims asserted against Sheriff Danny Hickman and Jail Administrator Jason Day based on the postcard-only policy.

**IT IS SO ORDERED** on this 11th day of March, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE