IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 12 2015

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

DANIEL RAY BROWN                              PLAINTIFF

v                   Case No. 12-3150

SHERIFF DANNY HICKMAN, et.al          DEFENDANTS

OBJECTION/REJECTION OF SETTLEMENT

Come now DANIEL RAY BROWN, Plaintiff/Pro-Se in the above style cause of action pending before this Honorable Court on this 9th day of June, 2015 with his Objection/Rejection of Settlement does state:

1. That on May 27, 2015 per Court Order a settlement conference hearing was held in Fayetteville, Ar, Honorable Magistrate Judge Ms. Sester presiding.

2. That a settlement agreement was reached.

3. That defendants, through their Attorney, Mr Colin P. Well have mailed Plaintiff Settlement papers to sign.

4. That these papers are not what plaintiff had agreed to.

Page 1 of 4

5. That plaintiff has recently lost his fiance' Eugenia Rose Smith, who passed away May 30, 2015 and due to this plaintiff would no longer opt to settle out of Court due to a change in feelings and revelation Re: the right to file a civil action for false arrest against the defendants.

6. That Plaintiff felt badgered, intimidated, coached into, coaxed, coerced by Court Appointed Attorney, Not "Honorable Judge Sester" into accepting a settlement in which to the effect Plaintiff felt he had no choice.

7. That Plaintiff is unhappy with the Representation of Court Appointed Attorney Mr. Phillip Moon's services and would move the Court to Terminate his services.

   (A) Attorney Moon has not met with Plaintiff to discuss his cases other than to request files.

   (b) Attorney Moon has not attempted to meet with Plaintiff. He has not

Page 2 of 4

filled out a visitation/Phone list form at ADC and has showed no interest in doing so.

(c) Plaintiff has made clear he wants to move for "Spoilation of Evidence Sanctions" against defendants.

(d) Plaintiff has made clear he wants to object to The Honorable Magistrates Report and Reccomendations in CV-12-3150 and CV-13-3056. Plaintiff never had an opportunity to do so.

(e) Plaintiff has made clear he wants a Hearing for The Court to hear a "Motion For Jury Inference" Re: The audio/video in question in CV-13-3049 as defendents deliberately destroyed such.

(f) Plaintiff has made it clear he wants expert testimony Re: The jail's computer hard drive system and Recording capabilities. Defendants had a duty to preserve this.

Page 3 of 4

(a) Plaintiff feels Mr. Moon has not Represented him to the fullest of his capabilities nor has plaintiff's best interests in mind.

(b) for the aforementioned reasons Plaintiff has lost the confidence and trust in Mr. Moon, would ask the Court to Terminate his services, and furthermore would ask the Court to Re-appoint Counsel.

(8) For the Above Reasons plaintiff respectfully Objects/Rejects to Settlement and Prays this Honorable Court Re-Open this case and continue with Trial; and to all other relief Available.

On this 9th Day of June 2015

Respectfully Submitted,
s/ Daniel Ray Brown
Daniel Ray Brown

By: Daniel Ray Brown #088140
Plaintiff/Pro-Se
P.O. Box 500
Grady, Arkansas 71644-0500

Page 4 of 4

Daniel Brown #88140
P.O. Box 500   19BKs
Grady, Arkansas 71644-0500

United States District Court
c/o Clerk of the Court
35 East Mountain, Room 510
Fayetteville, Arkansas 72702

7270185353